# Exhibit A

January 14, 2015 – Debt Letter



**capio**
PARTNERS
2222 Texoma Pkwy, Ste 150
Sherman, TX 75090

| Re: | American Medical Response | |
|---|---|---|
| Patient: | IVY MABRY | |
| Account # | Date of Service | Balance Due |
| SEE BELOW | SEE BELOW | $17777.52 |

January 14, 2015

## SETTLEMENT OFFER

The below referenced past due accounts owed to American Medical Response has been sold to CP Medical LLC. Capio Partners has been contracted to collect the outstanding balance.

We have been authorized to extend to you a special offer of settlement for $5333.26. This offer will save you 70%. If you choose to accept this offer, payment must be received in this office on or before 01/28/2015.

All payments and questions must be directed to Capio Partners because American Medical Response no longer has the ability to give you CREDIT for your payment.

Office hours are Monday through Thursday 8AM to 7PM, Friday 8AM to 5PM and Saturday 8AM to NOON, Central Time.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Calls to or from this company may be monitored and/or recorded for quality assurance purposes.

| Account # | Date of Service | Amount |
|---|---|---|
| 10333183 | 03/31/2008 | $871.00 |
| 10333198 | 04/04/2008 | $1073.64 |
| 10333229 | 04/12/2008 | $925.00 |
| 10333418 | 05/27/2008 | $1041.64 |
| 10333510 | 06/20/2008 | $1177.64 |
| 10333538 | 06/25/2008 | $968.40 |
| 10333647 | 07/19/2008 | $1073.64 |
| 10333777 | 08/17/2008 | $1058.60 |
| 10334014 | 10/07/2008 | $1186.84 |
| Additional | | 8403.12 |

| Mail: ✉ | Call: ☎ | Online: 💻 |
|---|---|---|
| Mail checks and payments to:<br>Capio Partners LLC<br>P. O. Box 3209<br>Sherman, TX 75091 | Call Toll-Free at:<br>**888-887-6698**<br>To discuss payment arrangements | Pay us online at:<br>**www.paycapio.com**<br>VISA  |

TCPSETLC-0113-552318312-00791-791

IVY MABRY
201 PREAKNESS DR
LAGRANGE GA 30241-3705

LJHRIP1     30241

